CAUSE: TITLE 15 SEC. 77  - SECURITIES, COMMODITIES, EXCHANGE

CA3-88-0364-T

ENTERED IN CIVIL

| PLAINTIFFS | DEFENDANTS |
|---|---|
| 1. SECURITIES AND EXCHANGE COMMISSION | 2. OREO MINES, INC. |
|  | 3. OREX, INC. |
|  | ~~4. COOK, WILLIAM R.~~ dism 8-2-88 |
| INTERVENTION ( ): | 5. SCHMIDT, BILL W. |
| WALTER R. MOONEY | 6. MULKEY, TYRUS REX |
|  | 7. LITCHFIELD, DOUGLAS |
|  | **SECOND AMENDED COMPLAINT 4-8-88** |
|  | **ADDING:** |
|  | ~~8. CHEMEX, INC.~~ dism 8-2-88 |
|  | 9. ~~AU MARKETING, INC.~~ dism. 12-29-89 |
|  | 10. RALPH JORDAN |
|  | 11.? → CHRISTIAN BRIGGS |
|  | 12.? → C.J. COMU |

ENTERED IN CIVIL

WRB

ATTORNEYS

1. Jack W. Raines, Stephen Webster & Phillip W. Offill
SECURITIES AND EXCHANGE COMMISSION
411 West 7th St, Room 800
Fort Worth, Texas  76102
817/334-3821 or FTS 8/334-3821

3,7 George Milner
MILNER GORANSON SORRELS UDASHEN WELLS PARKER
2515 McKinney Ave STe 1500
LB 21
Dallas, Tx. 75201
214/651-1121

WALTER R. MOONEY
4634 Smith Circle
Las Vegas, NV 89121
(Intervenor, Pro Se)

2-7. Richard C. Landerman
2,4,5. 6337 Highland Drive #220
CHANGE OF ADDRESS Salt Lake City, UTAH  84121
801/943-9700

3,7. C. Stanley Hunterton
300 South Fourth St, Suite 1510
WITHDRAWN Las Vegas, Nevada  89101

George R. Milner
714 Jackson St, Suite 900
Dallas, Texas  75202

2,4,5., Peter R. Thompson , Ed Ash
10.  FORRESTER & THOMPSON
801 E. Campbell Road
ADDRESS CHANGE Suite 375
Richardson, Texas 75081
(214) 437-9898

2,5,10. Peter R. Thompson
STOLLENWERCK, MOORE & SILVERBERG
5000 Renaissance Tower
Dallas, TX 75270
(214) 441150
368-1800

SEE NEXT PAGE

ADDITIONAL LIST OF ATTYS ON PAGE 1a

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL REPORTS PROCESSED |
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C D. NUMBER | Filing 2-29-88 |
| | | N/A | | Termination |
| | | | | Change |

UNITED STATES DISTRICT COURT DOCKET

DC-111S (7/85)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T DOCKET NO. |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | OREO MINES, INC., ET AL | PAGE 1a OF PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

ADDITIONAL LIST OF ATTORNEYS

6,9. ~~Vincent W. Perini~~
~~PERINI & CARLOCK~~
~~One Turtle Creek Village~~
~~Suite 300~~ Founders Square, Suite ~~272~~ 160
~~Dallas, TX. 75219~~ 02   900 Jackson St.
~~(214) 521-0390~~ ~~977-9715~~ 747-1134

2,5. Richard C. Landerman
SNOW & LANDERMAN
~~WITHDRAWN~~ 88
2866 S. 320 West, #B-238
Salt Lake City, Utah 84107
(801) 265-1041

6. 9.   Vincent W. Perini
PERINI & CARLOCK
160 Founders Square
900 Jackson St.
Dallas, TX 75202
214/747-1134

Warren B. Richardson
701 Marsh Ave.
Reno, NV 89509
(702) 323-7225

2,4,5.   Lowell Snow
Richard C. Landerman
SNOW & LANDERMAN
7138 Highland Dr., Suite 110
Salt Lake City, Utah 84121
(801) 943-9700

FOR JOHN P. DALE:   *Pamela Heath
Gary W. Blanscet, Robert K. Frisch
SCOGGINS O'CONNOR & BLANSCET
14180 Dallas Pkwy., Suite 800
Dallas, TX. 75240
(214) 233-9797

FOR RICHARD M. HULL:
Richard M. Hull, receiver
2414 N. Akard, Suite 700
Dallas, TX. 75201
(214) 521-4815
        &
James S. Ramsey Jr.
Kim J. Askew
Kenneth J. Rubenstein
HUGHES & LUCE
2800 Momentum Place
1717 Main St.
Dallas, TX. 75201
(214) 939-5500

FOR AD HOC INVESTORS COMMITTEE
OF SHADOW VALLEY MINE
PROJECT:

Gary W. Blanscet
SCOGGINS O'CONNOR & BLANSCET
14180 Dallas Parkway, Ste 800
Dallas, TX 75240
(214) 233-9797
(same as above)

7.   Douglas Litchfield (PRO SE)
3414 Tobias Lane
Las Vegas, NV  89102
(702) 458-6527

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1988 Feb 23 | 1 | COMPLAINT FOR CIVIL INJUNCTION AND OTHER EQUITABLE RELIEF (15) | trw |
| | 2 | APPLICATION FOR TEMPORARY RESTRAINING ORDER, MOTION FOR PRELIMINARY INJUNCT: MOTION TO APPOINT SPECIAL PROCESS SERVERS, AND APPLICATION FOR ORDER EXPEDITING DISCOVERY (4) | trw |
| | 3 | MEMORANDUM IN SUPPORT OF PLTF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER, MOTION FOR PRELIMINARY INJUNCTION, MOTION TO APPOINT SPECIAL PROCESS SERVERS, AND APPLICATION FOR ORDER EXPEDITING DISCOVERY (15+) | trw |
| | 4 | Issued SUMMONS (6) | trw |
| FEB 22 | 5 | **ORDER APPOINTING SPECIAL PROCESS SERVERS**...Pltf's mtn for appointment of special process servers granted & Joseph Parker & Sammy L. Hughes are each hereby appointed special process servers, w/in the meaning of Rule 4(c), FRCP, for purposes of this action. cc to cnsl/dktd on 2-24-88. (1) | RBM/kj |
| | 6 | **TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING DATE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**...Defts hereby restrained & enjoined in connection w/purchase or sale of OREO/OREX Investment Contracts or any o/security...see order for specifics. This tro shall expire @ 5 p.m. on 3-4-88 or such later date as may be ordered by court or agreed upon by parties hereto. Hearing on pltf's mtn for prelim injunction shall be held on 3-4-88 @ 2 p.m. cc to cnsl/dktd on 2-24-88. (7) | RBM/kj |
| | 7 | **ORDER GRANTING EXPEDITED DISCOVERY**...Pltf's application for order expediting disc granted; SEC may take depos upon oral examination & demand production of docs or o/things, prior to expiration of 30 days after service of summons & complaint upon defts, subject to 24 hrs. notice to defts; SEC shall comply w/provisions of Rule 45 of FRCP; SEC may take depos upon oral examination of defts, subject to 24 hrs notice; defts shall produce all docs requested by SEC w/in 24 hrs of service of such request; all written responses to SEC's requests for disc shall be delivered to SEC @ 411 W. 7th St., Suite 800, Fort Worth, Texas 76102, to attn of Jack W. Raines or such o/place as cnsl for SEC may direct in writing by most expeditious means available. cc to cnsl/dktd on 2-24-88. (2) | RBM/kj |
| FEB 23 | 8 | **MINUTE ORDER**...Mtn for tro granted; mtn for expedited disc granted; mtn for appointed of process server granted; prelim injunction hearing set for 3-4-88 @ 2 p.m. dktd on 2-24-88. (1) | kj |
| FEB 26 | 9 | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY. (Hunterton)(3) | kj |
| | 10 | NOTICE OF DEPOSITION of Ralph B. Jordan on 2-25-88 @ 9 a.m., James E. Peterson on 2-25-88 @ 2 p.m., John Doe on 2-26-88 @ 2 p.m. & George Taylor on 2-26-88 @ 3 p.m. in Fort Worth. (Pltf)(3) | kj |
| FEB 29 | 11 | MOTION FOR PROTECTIVE ORDER & BRIEF. (Tyrus Rex Mulkey)(8) | kj |
| MAR 1 | 12 | FIRST AMENDED COMPLAINT FOR CIVIL INJUNCTION AND OTHER EQUITABLE RELIEF. (Pltf)(18) | kj |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | OREO MINES, INC., ET AL | DOCKET NO. 3 <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1988 | | | |
| MAR 1 | 13 | APPLICATION FOR APPOINTMENT OF A RECEIVER PENDENTE LITE; APPLICATION TO MODIFY PROPOSED PRELIMINARY INJUNCTION ORDER; AND MOTION TO EXPEDITE CONSIDERATION. (Pltf)(3) | kj |
| | 14 | MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S APPLICATION FOR APPOINTMENT OF RECEIVER PENDENTE LITE AND APPLICATION TO MODIFY PROPOSED PRELIMINARY INJUNCTION ORDER. (Pltf)(4) | kj |
| MAR 3 | 15 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION. (Pltf)(8) | kj |
| | | RECEIVED ORAL DEPOSITION OF OREO MINES, INC. AND BILL W. SCHMIDT, INDIVIDUALLY; ORAL DEPOSITION OF TYRUS REX MULKEY; ORAL DEPOSITION OF JAMES E. PETERSON; ORAL DEPOSITION OF RALPH B. JORDAN; ORAL DEPOSITION OF CHRISTIAN BRIGGS; ORAL DEPOSITION OF GEORGE EDWARD TAYLOR. | kj |
| | | RECEIVED EXHIBIT VOLUME AND ATTACHMENTS TO SUPPLEMENTAL MEMORANDUM - AFFIDAVITS AND ATTESTATIONS. | kj |
| MAR 4 | 16 | MOTION FOR MODIFICATION OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION. (OREO, Cook & Schmidt)(7) | kj |
| | 17 | MEMORANDUM IN SUPPORT OF MOTION TO MODIFY TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION. (Oreo, Cook & Schmidt)(3) | kj |
| | 18 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE ISSUANCE OF INJUNCTIVE RELIEF AS TO DEFENDANTS LITCHFIELD AND OREX. (Orex & Litchfield)(14) | kj |
| | 19 | DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION OF PRELIMINARY INJUNCTION. (23) | kj |
| | 20 | **MINUTE ORDER**...Mtn for prelim injunction. Hearing continued: March 14. dktd on 3-10-88. (2) | kj |
| MAR 10 | 21 * | **ORDER AUTHORIZING PAYMENT OF CERTAIN CHECKS**...Holder of deft's funds previously frozen by order of this court dated 2-22-88 is authorized to pay the checks as listed in order; prior order of this court dated 2-22-88 freezing those funds shall in all o/respects remain in force.  cc to cnsl/dktd on 3-11-88. (3) | RBM/kj |
| Mar 11 | 22 | **ORDER**...it is OPRDERED that Stanley Hunterton is hereby admitted to practice in this court pro hav vice to represent Defts' #3 & #7. (1)  Dktd and cc to cnsl  3-11-87 | RBM/cf |
| MAR 10 | 2\*a* | **MINUTE ORDER**...Hearing on disbursement of atty fees. dktd on 3-14-88. (1) | kj |

**SEE NEXT PAGE**

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SEC | OREO MINES, INC., ET AL | DOCKET NO. _____ <br> 4 <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 <br> MAR 14 | 23* | **MINUTE ORDER**...Continuation of prelim injunction hearing.  dktd on 3-16-88. (1)     kj |
| MAR 16 | 24 | **ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**...See order for specifics.  cc to cnsl/dktd on 3-17-88. (12)    RBM/kj |
| MAR 15 | 25* | **MINUTE ORDER**...Continuation of prelim injunction hearing.  Findings read from the bench. (1)    kj |
| MAR 22 | 26 | MOTION TO APPOINT RECEIVER. (Oreo Mines, Inc., Cook & Schmidt)(3)   kj |
|  | 27 | PLAINTIFF'S MOTION TO APPOINT RICHARD M. HULL AS TEMPORARY RECEIVER. (13)   kj |
|  | 28 | MOTION OF INTERVENTION REGARDING APPOINTMENT OF RECEIVER. (John P. Dale)(4)   kj |
| MAR 23 | 29 | APPLICATION BY RECEIVER FOR AUTHORITY TO EMPLOY ATTORNEYS. (Hull)(3)   kj |
|  | 30 | **ORDER APPOINTING RECEIVER PENDENTE LITE**...Application for appointment of a receiver _pendente lite_ granted.  See order for specifics.  cc to cnsl/dktd on 3-24-88. (6)   RBM/kj |
|  | 31 | **ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS**...Richard M. Hull, receiver, is authorized to employ James S. Ramsey Jr. & Hughes & Luce as attys for receiver in these proceedings & that said receiver is authorized to make reasonable & periodic payments to such attys for services rendered @ request of receiver, & such fees & expenses of said attys shall be pd by receiver before payments to investors & creditors.  cc to csnl/dktd on 3-24-88. (2)   RBM/kj |
| MAR 24 | 32 | BOND OF RECEIVER. (2)   kj |
| MAR 29 | 33 | APPLCIATION FOR ORDER TO SHOW CAUSE. (Pltf)(8)   kj |
|  | 34 | MEMORANDUM IN SUPPORT OF ORDER TO SHOW CAUSE. (Pltf)(3)   kj |
| MAR 31 | 35 | **ORDER TO SHOW CAUSE**...William R. Cook to appear on 4-7-88 @ 2 p.m. or as soon thereafter as cnsl can be heard & show cause why he should not be held in contempt for failure to comply w/order entered by court on 3-23-88 requiring him to deliver to receiver any & all properties, real & personal, in his possession or under his control.  cc to cnsl/dktd on 4-1-88. (1)   RBM/kj |
| APR 1 | 36 | APPLICATION BY RECEIVER FOR AUTHORITY TO EMPLOY GOLD MINING EXPERTS. (4)   kj |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | OREO MINES, INC., ET AL | DOCKET NO. _____<br>PAGE 5 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| APR 5 | 37 | **ORDER AUTHORIZING EMPLOYMENT OF GOLD MINING EXPERT**...Richard M. Hull, receiver, is authorized to employ the firm of Davy McKee Corp. as a gold mining consultant & expert for the receiver in these proceedings & the reasonable comp & terms of employment of the firm of Davy McKee Corp. shall be w/in discretion of receiver.  cc to cnsl/dktd on 4-6-88. (2)                                                                                          RBM/kj |
| | 38 | **ORDER AUTHORIZING EMPLOYMENT OF GOLD MINING EXPERT**...Richard M. Hull, receiver, is authorized to employ Richard Stoehr, Jr. as a gold mining consultant & expert for the receiver in these proceedings & the reasonable comp & terms of employment of Richard Stoehr, Jr. shall be w/in discretion of the receiver.  cc to cnsl/dktd on 4-6-88. (2) RBM/kj |
| APR 7 | 39 | PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT. (15+)                                                                                                                                               kj |
| | 40 | **MINUTE ORDER**...Court ordered that Mr. Cook be held in contempt & that an order should be issued from this court that the U.S. Marshall should take Mr. cook into immediate custody.  (1)                                    kj |
| APR 8 | 41 | PLAINTIFF'S APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER, (2) PRELIMINARY INJUNCTION, AND (3) APPOINTMENT OF A RECEIVER PENDENTE LITE, FOR DEFENDANTS CHEMEX AND AU. (4)                                                  kj |
| | 42 | MEMORANDUM IN SUPPORT OF PLAINTIFF'S APPLICATION FOR (1) A TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS CHEMEX, INC. ("CHEMEX") AND AU MARKETING, INC. ("AU"); (2) A PRELIMINARY INJUNCTION AGAINST CHEMEX AND AU; AND (3) THE APPOINTMENT OF A RECEIVER PENDENTE LITE FOR THE ASSETS OF CHEMEX AND AU. (15+)                                                                                                  kj |
| | | ISSUED SUMMONS. (5)                                                                                                                                                                                                    kj |
| | 43 | SECOND AMENDED COMPLAINT FOR CIVIL INJUNCTION AND OTHER EQUITABLE RELIEF. (15+)                                                                                                                                          kj |
| | 44 | **ORDER GRANTING MOTION FOR LEAVE TO FILE**...Pltf's mtn for leave to file its second amended complaint is **granted**; clerk shall file pltf's original second amended complaint submitted w/pltf's mtn.  cc to cnsl/dktd on 4-11-88. (2)                                                                                                                                                                      RBM/kj |
| | 45 | **ORDER APPOINTING RECEIVER PENDENTE LITE**...Richard M. Hull hereby is appointed receiver for defts Chemex & Au & all property of Chemex & Au herein are hereinafter referred to as "Receivership Assets"; this order will remain in effect until modified by further order of this court.  See order for further specifics.  cc to cnsl/dktd on 4-11-88. (5)                                                                                                                                                   RBM/kj |
| | 46 | **TEMPORARY RESTRAINING ORDER**...TRO shall expire @ 5 p.m. on 4-13-88 or such date as may be ordered by court or agreed upon by parties hereto.  Hearing on pltf's mtn for prelim injunction shall be held on 4-13-88 @ 9 a.m.  See order for further specifics.  cc to cnsl/dktd on 4-11-88. (8)                                                                                                          RBM/kj |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES & EXCHANGE COMM. | OREO MINES, INC., ET AL | DOCKET NO. _____ <br> PAGE 6 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| APR. 11 | 47 | **WRIT OF ATTACHMENT**...United States Marshall shall attach the body of Defendant William R. Cook wherever he may be found, instanter and hold him until further order of this Court. cc to cnsl/dktd 4-11-88 (2) | RBM/kds |
| APR 12 | 48 | **AGREED ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER ENTERED APRIL 8, 1988 AGAINST CHEMEX, INC.**...The tro entered by this court on 4-8-88, attached hereto & incorporated herein as if fully set forth, is hereby extended only as to Chemex, Inc. until further order of this court. cc to cnsl/dktd on 4-13-88. (10) | RBM/kj |
| APR 13 | 49 | **MINUTE ORDER**...Hearing on tro. Order to follow. dktd on 4-14-88. (1) | kj |
| | 50 | **AGREED ORDER OF PRELIMINARY INJUNCTION**...See order for specifics. cc to cnsl/dktd on 4-15-88. (7) | RBM/kj |
| APR 18 | 51 | RETURN OF SERVICE WRIT of Oreo Mines, Inc. (Pltf)(2) | kj |
| | 52 | RETURN OF SERVICE WRIT of Tyrus Rex Mulkey. (Pltf)(2) | kj |
| | 53 | RETURN OF SERVICE WRIT of Wm. R. Cook. (Pltf)(2) | kj |
| | 54 | RETURN OF SERVICE WRIT of Bill W. Schmidt. (Pltf)(2) | kj |
| APR. 22 | 55 | APPLICATION FOR AUTHORIZATION TO MAKE PERIODIC PAYMENTS OF COSTS AND FEES. (4) | kds |
| APR 25 | 56 | **NOTICE OF RECEIVER'S REPORT**...The receiver in this cause has notified the court that he is prepared to present his report to the court. The court intends for this announcement to serve as notice to all parties that the receiver shall present his report to the court in open court on 5-12-88 @ 9 a.m. in courtrm 13B48. cc to cnsl/dktd on 4-26-88. (1) | RBM/kj |
| APR. 27 | 57 | RETURN ON SERVICE OF SUMMONS AND COMPLAINT to Chemex, Inc. svd 4-12-88. (1) | kds |
| APR 27 | 58 | **ORDER**...On 4-22-88 receiver filed application for authorization to make periodic payments of costs & fees. Court is of opinion that before payments of costs & fees are authorized, court should make findings regarding reasonableness & necessity of such costs & fees. Therefore, receiver should provide court w/contemporaneous statements of hrs worked & work done by individuals to whom he seeks to pay fees, which will allow court to determine reasonableness & necessity of such fees. It is therefore **ORDERED** that receiver shall provide court w/contemporaneous statements of hrs worked & type of work done by individuals to whom he seeks to pay fees. cc to cnsl/dktd on 4-28-88. (2) | RBM/kj |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | OREO MINES, INC., ET AL | DOCKET NO. 7 <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1988** <br> MAY 5 | 59 | **ANSWER** OF DEFENDANTS OREO MINES, INC., BILL W. SCHMIDT AND RALPH JORDAN. (11)                                                                kj |
|  | 60 | MOTION TO WITHDRAW. (Peter R. Thompson for Wm. R. Cook)(3)         kj |
| MAY 9 | 61 | **ORDER SETTING HEARING**..Peter R. Thompson's mtn to w/draw shall be heard on 5-27-88 @ 9 a.m. in courtrm. 13B48; upon receipt of this order, cnsl shall send copy of this order by certified mail, return receipt requested, to Wm. R. Cook, @ his last known address; cnsl shall forward copy of return receipt to court promptly; cnsl & deft shall appear @ hearing; no hearing shall be held if court is presented w/an order for substitution of cnsl before time appointed for hearing.  cc to cnsl/dktd on 5-9-88. (2)                             RBM/kj |
| MAY 10 | 62 | APPLICATION FOR ORDER TO SHOW CAUSE. (Richard M. Hull)(13)       kj |
|  | 63 | MEMORANDUM IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE. (Hull)(2) kj |
| MAY 11 | 64 | MOTION TO WITHDRAW. (Landerman for Cook)(3)                         kj |
| MAY 12 | 65 | **ORDER AUTHORIZING PAYMENT OF MINING EXPERT FEE**...Court hereby authorizes receiver to pay Richard J. Stoehr amt of $14,343.45 as invoice for service reflects is currently due.  cc to cnsl/dktd on 5-13-88. (2)   RBM/kj |
|  | 66 | **ORDER**...Court will hold conference w/cnsl for pltf & cnsl for defts on 5-31-88 @ 9 a.m. in courtrm 13B48; representation of receiver by Hughes & Luce & attys J. Ramsey, K. Askew, K. Rubenstein, P. Wilkerson & W. Shannon is termianted immediately upon exec. of this order; representation of receiver by Jones, Jones, Close & Brown & attys M. Close & K. Stolworthy is terminated immediately upon exec. of this order; receiver shall immediately notify above-listed firms & attys of this order; any legal services needed by receiver in future shall be contracted for on an as-needed basis, w/prior approval of court required; receiver shall, w/in 10 days, submit to court a list of all the assets & their locations, of which he is currently in control w/regard to this receivership; receiver shall, w/in 10 days, take steps necessary to secure those assets, to the best of his ability, for the next 30 days; upon securing assets, receiver shall submit report to court regarding what steps he took to secure those assets. cc to cnsl/dktd on 5-13-88. (2)                                          RBM/kj |
|  | 67 | NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR FORMAL RECOGNITION. (Ad Hoc Investors Committe of Shadow Valley Mine Prospect)(3)     kj |
|  | 68 | **MINUTE ORDER**...Receiver presented his report. (1) dktd on 5-20-88.    kj |

**SEE NEXT PAGE**

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7.14.80.70M.4398

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | OREO MINES, INC., ET AL | DOCKET NO. <br> PAGE 8 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 <br> MAY 20 | 69 | **ORDER GRANTING MOTION TO WITHDRAW**...Mtn to w/draw granted & Richard C. Landerman of Snow & Landerman is allowed to w/draw as cnsl of record for deft Wm. R. Cook in this cause. cc to cnsl/dktd on 5-20-88. (1)     RBM/kj |
| | 70 | **ORDER VACATING HEARING AND GRANTING MOTION TO WITHDRAW**...Court's order of 5-9-88, setting mtn to w/draw for hearing hereby vacated; mtn to w/draw granted & Peter R. Thompson is allowed to w/draw as cnsl of record for Wm. R. Cook. cc to cnsl/dktd on 5-20-88. (2)     RBM/kj |
| MAY 23 | 71 | MOTION AND BRIEF IN SUPPORT OF REQUEST OF AD HOC INVESTOR COMMITTEE FOR LEAVE TO SAMPLE MINERAL ORE. (7)     kj |
| | 72 | MOTION AND BRIEF IN SUPPORT OF REQUEST OF AD HOC INVESTOR COMMITTEE TO REVIEW EXPENSES OF RECEIVER. (3)     kj |
| | 73 | **ORDER SETTING HEARING**...Court shall hold a hearing on 6-7-88 @ 9 a.m. in courtrm 13B48 @ which the receiver shall show court reasonableness of receiver's fee, certified public accountant's fee & admin staff's fee. Attys retained by receiver shall show court, @ 6-7-88 hearing, the reasonableness & necessity of atty's fees incurred in reprensentation of receiver in this cause. cc to cnsl/dktd on 5-24-88. (2)   RBM/kj |
| MAY 31 | 74 | <u>ANSWER</u> OF DEFENDANTS TYRUS REX MULKEY AND AU MARKETING, INC. (11)     kj |
| JUN 1 | 75 | **ORDER TO SUBMIT STATUS REPORTS**...All parties remaining in this suit as of 7-31-88 shall submit status report to court on 7-31-88. Reports shall state: 1) the status of settlement negotiations between that party & parties against which it has claims pending or which have claims pending against it; and 2) the factors which are prohibiting the progress of settlement negotiations. cc to cnsl/dktd on 6-3-88. (1)     RBM/kj |
| JUN 13 | 76 | **ORDER DENYING REQUEST FOR FORMAL RECOGNITION**...The Ad Hoc Investors Committee's request for formal recognition is denied; cnsl for the Ad Hoc Investors Committee may remain on dkt sheet as an individual to whom clerk of court shall mail copy of all orders entered in this cause. cc to cnsl/dktd on 6-14-88. (2)     RBM/kj |
| Jun 24 | 77 | AFFIDAVIT OF SERVICE AND RETURN of service of App. for TRO, Prelim. Injunction and appt. of receiver; Memo in Support of same; Second Amended Complaint; TRO, Order Appointing Receiver; and Pltf's Proposed Order of Prelim. Injunction, to Peter Thompson by cert. mail, return receipt signed by (Signature illegible), Agent, on 4-11-88 (5)     pm |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITES AND EXCHANGE COMMISSION | OREO MINES, INC. ET AL | DOCKET NO. _____ PAGE 9 OF ____ PAGES |

| DATE 1988 | NR. | PROCEEDINGS | |
|---|---|---|---|
| JUNE 27 | 78 | APPLICATION FOR CLERK'S ENTRY OF DEFAULT IN THE INSTANCE OF WILLIAM R. COOK AND CHEMEX, INC.    (2) | vp |
|  | 79 | MOTION FOR DEFAULT JUDGMENT IN THE INSTANCE OF WILLIAM R. COOK AND CHEMEX, INC.    (10) | vp |
|  | 80 | CLERK'S ENTRY OF DEFAULT IN THE INSTANCE OF WILLIAM R. COOK AND CHEMEX, INC.    (2) | vp |
|  | 81 | **ORDER TO MAKE PAYMENTS**.........the court directs the Receiver to make the payments. (see order for specifics) the court further orders the partial payments of fees to the Receiver, accountant and attorneys.    (2)    Dkt'd and cc to counsel 6-27-88 | RBM/vp |
| JUN 28 | 82 | MOTION TO WITHDRAW. (Landerman for defts Oreo Mines & Schmidt)(4) | kj |
|  | 83 | **AUTHORIZATION TO MAKE PAYMENT**...Court hereby authorizes receiver to make following payment: Richard Billings Investments, Inc. $6,368.75. cc to cnsl/dktd on 6-30-88. (1) | RBM/kj |
| JUL 5 | 84 | NOTICE OF INTENTION OF INVESTORS AND HOC COMMITTEE TO PERFORM ORE TESTING. (4) | kj |
| JUL 6 | 85 | REQUEST FOR PERMISSION OF INVESTORS AD HOC COMMITTEE TO PERFORM ORE TESTING. (4) | kj |
| JUL 11 | 86 | CERTIFICATE OF CONFERENCE. (Blanscet)(1) | kj |
| JUL 12 | 87 | **ORDER**...Deft Orex Inc., thru Douglas Litchfield, shall have authority to grant permission to Ad Hoc Investors Committee to enter upon land located in San Bernadino County, CA, & owned by deft, for purpose of extracting 60# of ore for batch testing. cc to cnsl/dktd on 7-13-88. (2) | RBM/kj |
|  | 88 | **ORDER GRANTING MOTION TO WITHDRAW**...Mtn to w/draw gratned & Landerman of Snow & Landerman allowed to w/draw from representation in this action of defts Oreo Mines, Inc. & Wm. Schmidt. cc to cnsl/dktd on 7-13-88. (2) | RBM/kj |
| JULY 13 | 89 | **ORDER DENYING MOTION FOR PERMISSION**.......the motion for permission is denied as moot; because the Ad Hoc Investors Comm. is not properly a party to this action. (2) Dkt'd and cc to counsel 7-14-88 | RBM/vp |
| ~~UL 28~~ | 90 | STATUS REPORT. (Schmidt, Jordan & Oreo Mines)(4) | kj |
| UL 29 | 91 | STATUS REPORT. (6)(Pltf) | kj |
|  | 92 | JULY 31, 1988, STATUS REPORT OF DEFENDANTS TYRUS TEX MULKEY AND AU MARKETING, INC. (3) | kj |

**SEE NEXT PAGE**

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | OREO MINES, INC., ET AL | DOCKET NO. 10 PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1988 AUG 2 | 93 | STATUS REPORT OF THE AD HOC INVESTORS COMMITTEE. (7) | kj |
| | 94 | ORDER...A judgment by default to be entered against defts Cook & Chemex, Inc. cc to cnsl/dktd on 8-3-88. (2) | RBM/kj |
| | 95 | **DEFAULT JUDGMENT IN THE INSTANCES OF WILLIAM R. COOK AND CHEMEX, INC.**....Wm. Cook to disgorge into registry of court, for benefit of investors, funds or property in amt not less than $230,823.02 for distribution pursuant to further order of court; Chemex Inc. to disgorge into registry of court funds or property in amt not less than $2,706,315.00 for distribution pursuant to further order of court; court shall retain jurisdiction of this action in order to implement & carry out terms of all orders & decrees that may be entered herein. See order for further specifics. cc to cnsl/dktd on 8-3-88. (10) | RBM/kj |
| AUG 15 | 96 | **ORDER DENYING MOTION TO SHOW CAUSE**...Receiver's application to show cause is denied. cc to cnsl/dktd on 8-15-88. (2) | RBM/kj |
| AUG. 25 | 97 | ORDER...The Court shall hold a hearing to show cause why the Court should not return the remaining assets of the receivership over to Defendants at 9:00 A.M. Thursday, September 8, 1988, in the courtroom, 13B48, 1100 Commerce St., Dallas, Texas; Persons wishing to be heard by the Court at the hearing shall submit their position in writing to the Court by no later than 5:00 P.M., Tuesday September 6, 1988. (4)<br>Dktd & cc to cnsl 8-25-88 | RBM/kds |
| | 98 | **ORDER SETTING FEES AND ORDERING PAYMENT OF FEES AND EXPENDITURES**...from available receivership assets, the following total amounts, but that the Receiver shall deduct from these amounts any advances on fees prev. paid; **Rich Billings:** For fees through May 31, 1988: **$6,368.75**; **Kathryn Quain:** For fees through June 30, 1988: **$15,237.50**; **Garrett Vogel & Associates:** For fees through May 31, 1988: **$33,849.50** and For reimbursement of expenses **$70.89** for a total of **$33,920.39**; **Jones, Jones, Close & Brown:** For fees through May 31, 1988: **$5,066.00** and For reimbursement of expenses: **$677.58**; **Hughes & Luce:** For fees through May 31, 1988: **$25,882.25** and For reimbursement of expenses **$3,935.66** for a total of **$29,817.91**; **Dan G. Baucum:** For fees through June 30, 1988: **$2,287.50** and For reimbursement of expenses: **$16.00** for a total of **$2,303.50**; **Richard Hull:** For fees through June 30, 1988: **$28,350.00** and For reimbursement of expenses: **$836.25** for a total of **$29,186.25**. (18)<br>Dktd & cc to cnsl 8-25-88 | RBM/kds |
| | 99 | ~~NOTICE OF INTENTION OF COMMITTEE TO FILE RECORD OWNERSHIP OF ORE AND REQUEST TO ORDER PAYMENT TO PREVENT FORECLOSURE (3) (Investor Ad Hoc Committee)~~<br>THE ABOVE WAS FILED IN ERROR | kds |
| AUG. 26 CONTD NEXT PAGE | 100 | SCHEDULING ORDER NO. 1 INITIAL SCHEDULING ORDER...An Initial | |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T DOCKET NO. |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | OREO MINES, INC., ETAL | PAGE 11 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| AUG. 26 CONTD | 100 | Scheduling Conference is set for Monday December 19, 1988 @1:00 P.M.; All general Discovery by 1-3-89; Mtns for leave to join ptys by 2-1-89; Mtns for leave to amend pldgs by 2-1-89; A status conf. set for 3-31-89 @9:00 A.M. **Attendance at the Initial Scheduling Conference and Status Conf. is required.** (2)<br>Dktd & cc to cnsl 8-26-88 | RBM/kds |
| | 101 | RECEIVERSHIP FOR OREO MINES, INC., OREX, INC. CHEMEX, INC. 8-25-88.(7) | kds |
| AUG. 29 | 102 | **ORDER TO REVOKE LEASE**...the Court hereby directs the Receiver to revoke that lease pursuant to his powers to do so w/o incurring any liability beyond rent which is currently due. The Receiver should made arrangments to have the items currently located in the office space moved to another secure location. (2)<br>Dktd & cc to cnsl 8-29-88 | RBM/kds |
| SEP 6 | 103 | AD HOC INVESTORS COMMITTEE STATEMENT OF POSITION REGARDING SHOW CAUSE HEARING (6) | bb |
| | 104 | PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE CONCERNING RETURN OF ASSETS TO DEFENDANTS (9) | bb |
| | 105 | DEFENDANT MULKEY'S MOTION THAT THE COURT NOT ACCEPT REPORT OF RECEIVER (4) | bb |
| | 106 | BRIEF IN SUPPORT OF MOTION THAT THE COURT NOT ACCEPT REPORT OF RECEIVER (2) | bb |
| SEP 8 ** | 107 | MINUTE ORDER... Show cause hearing, parties have until 15th to submit agreed proposal regarding termination of the receivership. | bb |
| SPT. 19 | 108 | **ORDER**...On 8-25-88, this Court entered an order stating that if no person had deposited the sum of $75,000 with this Court for the payment of the Receivership debts by 5:00 p.m. September 16, 1988, the Court would order the sale of sufficient assets to pay such debts. The Court is now of the opinion that the Court should withhold authorization for a sale of assets until after 5:00 p.m. on September 23, 1988. (1)<br>Dktd & cc to cnsl 9-19-88 | RBM/kds |
| ** Sep 15 | 109 | STATUS REPORT FROM AD HOC INVESTORS COMITTEE (4) | bb |
| Sep 21 | 110 | EXCERTED TESTIMONY OF R.J. MITCHELL AND BURTON DUPUY (Under Separate Cover) | bb |
| | 111 | TRANSCRIPT OF THE TESTIMONY OF VIRGINIA PARRISH (Under Separate Cover) | bb |
| | 112 | EXCERTED TESTIMONY OF DOUGLAS W. LITCHFIELD, REESE T. HOUSTON, NOEL W. RHODES (Under Separate Cover) | bb |
| | 113 | REPORT OF EXPERT WITNESS OF RICHARD J. STOEHR (Under Separate Cover) | bb |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | OREO MINES, INC., OREX, INC. ET AL | DOCKET NO. _____ <br> PAGE 12 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1988** | | |
| Sep 13 | 114 | MOTION FOR RELIEF FROM STAY (Dale, Benedict, Cotsworth, Micheal and Vicki) (5)     bb |
| Sep 23 | 115 | STATUS REPORT FROM AD HOC INVESTORS COMMITTEE (5)     dth |
| Sep 26 | 116 | ORDER...Court entered order stating if no person had deposited sum of $75,000 for payment of the receivership by 5 p.m., 9/16/88, court would order sale of sufficient assets to pay such debts. On 9/16/88 court entered order stating that court would withhold authorization for sale of assets until after 5 p.m. on 9/23/88. Proposal of ad hoc committee to further delay a sale of the assets is denied. Court orders receiver to proceed with liquidation of sufficient assets to satisfy the existing debts and obligations of the receivership, together with such debts and obligations as are reasonably incurred in the sale of such assets. When sale is complete and receivership debts and obligations have been satisfied from sale proceeds, receiver shall submit his final accounting to the court. At that time court intends to terminate receivership and life stay of actions. (2) <br>  cys to cnsl/dktd 9/27/88     RBM/dth |
| Oct 18 | 117 | REQUEST TO ESTABLISH COMMITTEE'S PRIORITIES IN LIQUIDATION AND TO AUTHORIZE SALE OF DESIGNATED ASSETS TO DESIGNATED BIDDER(7)    bsb <br>(Ad Hoc Investors Committee) |
| Oct 27 | 118 | **ORDER SETTING CONFIRMATION HEARING**...persons or entities desiring to place a bid on the receivership assets in accordance with this order shall have until 5:00 p.m. Monday, November 7, 1988, to place the bid with the receiver....parties placing bids with the receiver shall simultaneously deposit $50,000 in escrow with the receiver, or if the bidder submits his personal guaranty on the contract of sale, the bidder shall deposit $15,000 in escrow with the receiver. (2) <br>  dckd 11-2-88; cc to cnsl 10-27-88     JBM/bsb |
| Nov 3 | 119 | **SUPPLEMENTAL ORDER**...any person that exceeds bid of $191,000 by at least 10% on or before 11-7-88 at 5:00 p.m., an auchtion would result. Se order for more details. (2) <br>  dckd 11-4-88; cc toc nsl 11-3-88     RBM/bsb |
| Nov 10 | 120 | TRANSCRIPT OF TEMPORARY RESTRAINING ORDER HEARING BEFORE THE HONORABLE ROBERT B. MALONEY...NO Exhibits attached. Under Sep Cover--15+)     bsb |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | OREO MINES, INC. OREX INC. ET AL | DOCKET NO. _____ |
| | | PAGE 13 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| Nov 10 | 121 | MINUTE ORDER...Bid and Confirmation hearing...order will be issued today. (1)  bsb |
| | 122 | **ORDER CONFIRMING SALE OF ASSETS...bid of $191,000 fro the receivership assets is confirmed and accepted by the court; receiver shall** prepare and deliver to the purchaser a bill of sale transferring the appropriate receivership assets to the purchaser and the receiver shall make all appropriate arrangements for the collection of the purchase funds from the purchaser and notify the court when the transaction has been completed. (2)<br>dckd 11-17-88;cc to cnsl 11-11-88 by KDS  RBM/bsb |
| Nov 14 | 123 | **ORDER TO SHOW CASUE...**Defendant Mulkey's Motion that the court not accept report of receiver is denied. (1)<br>dckd 11-17-88; cc to cnsl 11-14-88 by KDS  RBM/bsb |
| | 124 | **ORDER TO SHOW CAUSE...**George R. Carter, Esq., Michelle Viggars, Karen Ross, Walter R. Mooney, Jack Manley, Steve Rands, and Fred Jurash shall appear on 11-17-88 at 9:00 a.m. and show cause why each should not be held in contempt of court orders appointing a receiver pendente lite for defendant Orex, Inc. and Chemex Inc.. See order for more details. (2)<br>dckd 11-17-88;cc to cnsl 11-14-88 by KDS  RBM/bsb |
| | 125 | APPLICATION FOR ORDER TO SHOW CAUSE (PL)(5)  bsb |
| | 126 | PLAINTIFFS MEMORANDUM IN SUPPORT OF ITS APPLICATION FOR ORDER TO SHOW CAUSE (7)  bsb |
| Nov 16 | 127 | **ORDER RE-CONFIRMING SALE...**ct having previously ordered the receivership in this cause, hereby makes following determinations: ordered that sale of remaining assets of receivership for $171,000 is re-confirmed and accepted by this ct; to the extent that any of the removed assets are recovered by the receiver, he is authorized to transfer them to the purchaser based upon original purchase price of $191,000; receiver shall make all appropriate arrangements for collection of purchase funds from the purchase and notify this ct when the transaction has been completed. (3)<br>cys to cnsl/dktd 11/22/88  RBM/dth |
| | 128 | **ORDER SETTING FEES AND ORDER PAYING OF FEES AND EXPENDITURES...**ordered that receiver pay from available receivership assets total amt of $63,922.91, which includes $35,000 of fees and expenses approved on 9/25/88; receiver shall pay into registry of ct third party fees and expenses through 11/22/88 in the amt of $23,103.98; receiver shall pay into registry of ct a reserve amt of $25,000 to pay fees and expenses which have been incurred subsequent to submission of applications for payment of professional fees and reimbursement of expenditures on behalf of the receivership. (2)<br>cys to cnsl/dktd 11/22/88  RBM/dth |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | OREO MINES, INC. ET AL | DOCKET NO. _____ PAGE 14 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 Nov 17 | 129 | **ORDER TO INVEST FUNDS...** on 11/17/88 ct ordered receiver to deposit into registry of ct amts of $23,103.98 and $25,000. Ct orders clerk of the district ct to deposit those funds into separate, interest-bearing money market accounts, from which this ct can order withdrawals for payment of expenses, if necessary (1)<br>cys to cnsl/dktd 11/22/88     RBM/dth |
| *See 147 | | |
| Nov 18 | 130 | **ORDER REGARDING CRIMINAL CONTEMPT...** On 11/17/88 ct held a hearing on pltf's mot to show cause why George R. Carter, esq., Michelle Viggars, Karen Ross, Walter R. Mooney, Jack Manley, Steve Rands and Fred Jurash, resp should not be held in contempt of this ct's orders. From evidence presented by petitioner and resps, ct finds there is probable cause to believe that resp and others acting in concert with them, including defts, agents of defts, attys and private citizens, each and all, knowingly and intentionally took actions calculated to interfere with the authority of this ct. Trial for criminal contempt matter is tentatively set for 1/24/89 at 9 a.m. Ordered that pltf shall seek authority to prosecute criminal contempt matters and shall report to the ct regarding status of their inquiry by 11/23/88. Ordered that because of the findings and rulings contained in this order, pltf's mot for civil contempt is abated until conclusion of criminal contempt proceeding at which time the ct shall reconsider the mot for civil contempt. (4)   cys to cnsl/dktd 11/22/88     RBM/dth |
| Dec 12 | 131 | **ORDER DENYING MOTION FOR RELIEF FROM STAY...** motion is denied. (10<br>dckd 12-13-88; cc to cnsl 12-12-88     RBM/bsb |
| Dec 20 | 132 | **SCHEDULING ORDER NO. 2 REVISED SCHEDULING ORDER...** scheduling conference 2-27-89 at 2 p.m.; disc due 3-1-89; motion for leave to join or amend due 4-3-89; status conference 4-28-89. See order for more details. (2)<br>dckd 12-22-88; cc to cnsl 12-21-88     RBM/bsb |
| Dec 21 | 133 | **FORDER FOR CLERK TO MAKE PAYMENTS...** clerk need to issue checks to persons and amts listed: Sidney Saltz: $15,225.00; Fred Kennedy & Charles Englert: $4,840.08; Sky Harbor Airport Inc.: $120.00; Statewide Investigations: $600.00; Cima Road Towing $12.50; Las Vegas Mini Warehouse $210.00; Joyce Matiaco $18.00. Total amts $21,025.58.(2)<br>dckd 12-22-88; cc to cnsl 12-21-88     RBM/bsb |
| Dec 22 | 134 | **ORDER APPOINTING SPECIAL PROSECUTOR...** Pl is appointed special prosecutor of the criminal contempt matters before the court and that it has the power and authority to conduct disc. from any person or entity which may produce evidence relevant to the prosecution of the criminal contempt. (3)<br>dckd 12-28-88; cc to cnsl 12-23-88     RBM/bsb |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITEIS AND EXCHANGE COMMISION | OREO MINES, INC. ET AL | DOCKET NO. _____ PAGE 15 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1989 | | | |
| Jan 3 | 135 | NOTICE OF INTENT TO TAKE ORAL DEPOSIITON of Fred W. Jurash on 1-10-89 at 10:00 a.m. at U. S. Attorney Office, Camden, New Jersey. (2) | bsb |
| JAN 4 | 136 To | NOTICE OF INTENT TO TAKE ORAL DEPOSITION (2) //////XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX and Exchange Commission; Defendant Oreo Mines, Inc. et al) To Emil Marcmann 1/11/89, 9:00 a.m., Las Vegas, Nevada Walter Mooney, 1/11/89 at 1:00 p.m., Las Vegas, Nevada Michael J. Dawson, 1/12/89, 9:00 a.m., Las Vegas, Nevada Joseph Bolognese, 1/12/89 at 1:00 a.m., Las Vegas, Nevada (pltf) | sr |
| Jan 9 | 137 | NOTICE OF INTENT TO TAKE ORAL DEPOSITION of Steve Rands on 1-13-89 at 2 p.m., Las Vegas, Nevada. (2) | bsb |
| JAN 23 | 138 | PLAINTIFF's MOTION FOR CONTINUANCE (4) | sjr |
| Jan 24 | 139 | TRANSCRIPT OF PROCEEDINGS. (Under Sep Cover)(15+)(no exh attached) | bsb |
| Jan 25 | 140 | **ORDER GRANTING MOTION FOR CONTINUANCE**...Special Prosecutor's motion for continuance is granted and the criminal contempt matters in this action are reset to 3-8-89 at 9 a.m. (1) dckd 1-25-89;cc to cnsl 1-26-89 | RBM/bsb |
| Feb 17 | 141 | JOINT WAIVER OF SCHEDULING CONFERENCE. (3) | bsb |
| Mar 3 | 142 | Affidavit of Process Server; signed by Joe Wasserman that he served the Order Appointing Receiver pendente Lite and Order to Show cause upon Walter R. Mooney on 11-16-88 by personal service. (1) | bsb |
| MAR 22 | 143 | SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) (4) | sjr |
| APR 28 | 144 | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS OREO MINES, INC. OREX, INC DOUGLAS LITCHFIELD, BILL W. SCHMIDT AND RALPH JORDAN. (18) | vp |
| | 145 | MEMORNADUM IN SUPPORT OF PLAINTIFF"S MOTION FOR SUMMARY JUDGMENT. (25+) | vp |
| May 1 | 146 | **SCHEDULING ORDER NO. 3 FINAL SCHED. ORDER** setting deadlines for remaining pretrial matters Dktd & cys. to cnsl. 5-2-89 | RBM/pm |
| *NOV 17 | 147 | **MINUTE ORDER**...Hearing on application of SEC to hold certain individuals in contempt. Court found cause to set the case for trial on crim. contempt in January. Order to issue. (1) | RBM/cab |

**SEE NEXT PAGE**

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | OREO MINES, INC., ET AL. | DOCKET NO. _____ PAGE 16 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1989** | | | |
| MAY 17 | 148 | RESPONSE AND BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Defts-Oreo Mines, Schmidt, Jordan) (10) | cab |
| | 149 | AFFIDAVIT OF BILL W. SCHMIDT (Deft) (17) | cab |
| MAY 23 | 150 | PLAINTIFF'S UNOPPOSED MOTION TO FILE A REPLY BRIEF (3) | cab |
| May 31 | 151 | DEFTS. LITCHFIELD & OREX, INCS. RESPONSE TO PLTFS. MOTION FOR SUMMARY JUDGMENT (2) | dh |
| Jun 8 | 152 | MOTION OF THE RECEIVER TO SET HEARING ON FEES AND FOR AUTHORIZATION TO MAIL NOTICE OF HEARING (Oreo Mines, Orex & Chemex) (4) | klm |
| | 153 | **ORDER GRANTING MOTION FOR LEAVE TO REPLY**...pltf's mtn for leave to reply is granted & clk shall file pltf's orig reply which accompanied pltf's mtn. (1)<br>Dktd & cc to cnsl 6/9/89 | RBM/klm |
| | 154 | PLAINTIFF'S SUMMARY JUDGMENT REPLY BRIEF (10) | klm |
| | 155 | **ORDER SETTING HEARING AND DIRECTING MAILING**...hearing on Receiver's request for pymt of receivership fees & expenses shall be held on 6/23/89 at 9am at Dallas, TX. (SEE ORDER FOR SPECIFICS) (2)<br>Dktd & cc to cnsl 6/9/89 | RBM/klm |
| Jun 9 | 156 | MOTION TO WITHDRAW (C. Stanley Hunterton of Hunterton & Naylor for deft D. Litchfield) (5) | klm |
| JUN 14 | 157 | MOTION FOR RECONVEYANCE OF LAND (9) (Warren Richardson) | cab |
| JUN 23 | 158 | **MINUTE ORDER**...Hearing on fees started at 9:05, adjourned at 9:50 a.m. (1) | RBM/cab |
| JUN 26 | 159 | **ORDER APPROVING AND ORDERING PAYMENT OF FEES**...Clerk of court shall issue checks from the receivership fund est. in this action to Richard M. Hull, $15,008.50; Katheryn N. Quain, $6,922.08; Richard A. Billings, $1,302.08; Jones, Jones, Close & Brown, $5,884.77; Hughes & Luce, $13,087.42. (See Order for specifics) (3) cpy to cnsl 6-26/dktd 6-29 | RBM/cab |
| JUN 26 | 160 | **ORDER TO DEPOSIT FUNDS INTO REGISTRY OF COURT**...Richard M. Hull, is ordered to deposit...the amount remaining in his trust account at First City Callas Bank, # 0145029... Clerk shall add that amount to the $25,000 placed in an ...account on or about November 18, 1988. (1) cpy to cnsl 6-26/dktd 6-29 | RBM/cab |
| | 161 | **ORDER TO INVEST FUNDS**...Clerk is ORDERED that funds dep. in Registry of the Court on June 22, 1989 in the amount of $61,180.31...be invested by adding to existing money market fund. (See Order for Specifics) (1) cpy to cnsl 6-28/dktd 6-29 | RBM/cab |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T DOCKET NO. |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | OREO MINES, INC., ET AL. | PAGE 17 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1989** | | | |
| JUN 28 | 162 | Letter from receiver. (7) | cab |
| Jul 24 | 163 | **ORDER SETTING MOTION TO WITHDRAW FOR HEARING**...mtn shall be heard on 8/18/89 @ 1pm at Dallas, TX; cnsl shall, w/in 10 days, send a cy of this Order, by cert. mail, rtn receipt requested, to deft; cnsl shall forward a cy of rtn receipt to Court promptly; cnsl & deft D. Litchfield shall appear at the Hearing; no hearing shall be held if the Court is presented w/an order for substitution of cnsl before the time appointed for the hearing. (2)<br>cc to cnsl/dkt-d 7/24/89 - dktd 7/25/89 | RBM/klm |
| | 164 | **ORDER TO MAKE PAYMENT**...Clk of the Court shall issue a chk in the amt of $5,194.36 to the individual Sidney Saltz. (1)<br>cc to cnsl/dkt-d 7/24/89 - dktd 7/25/89 | RBM/klm |
| AUG 31 | 165 | **ORDER GRANTING MOTION TO WITHDRAW**...Court advised Deft. at hearing that until such time as he retains new counsel, he is representing himself in this action. (See Order for Specifics) (2) cpy to cnsl 9-1/dktd 9-7 | RBM/cab |
| SEPT 11 | 166 | RECEIVER PENDENTE LITE'S FINAL REPORT OF ADMINISTRATION AND FINANCIAL STATEMENTS (11) (Defts-Orex Mines, Orex, Inc., AU Marketing, Chemix, Inc.) | cab |
| | 167 | APPLICATION FOR APPROVAL OF RECEIVERSHIP AND EXPENSES (15+) (Defts-Orex Mines, Orex, Inc., AU Marketing, Chemex) | cab |
| | 168 | MOTION FOR FINAL DISCHARGE OF THE RECEIVER PENDENTE LITE AND FOR TERMINATION OF THE RECEIVERSHIP (15+) (Defts) | cab |
| SEPT 13 | 169 | REQUEST FOR PERMISSION TO PARTICIPATE IN BANKRUPTCY PROCEEDINGS IN LAS VEGAS (12) (Ad Hoc Comm. of the Shadow Valley Project) | cab |
| SEPT 29 | 170 | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM (Plntf) (3) | cab |
| Oct 10 | | Recd ltr fm SEC to Judge Maloney. | klm |
| OCT 10 | 171 | MO... Court had a telephone conversation with Mr. Webster about the terms of the settlement. Mr. Webster was authorized by another attorney to make the call ex parte. (1) | RBM/cab |
| OCT 18 | 172 | STIPULATION AND CONSENT OF DEFENDANT C. J. COMU (9) | cab |
| | 173 | STIPULATION AND CONSENT OF DEFENANT CHRISTIAN BRIGGS (9) | cab |
| OCT 31 | 174 | **ORDER OF PERMANENT INJUNCTION C. J. COMU**...permanently enjoined and restrained from...making use of any means...of the mails to sell any security...employing any device, scheme...to defraud... (See Order for Specifics) (8) cpy to cnsl 11-1/dktd 11-1 | RBM/cab |

**\*\*OVER\*\***            **\*\*OVER\*\***

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-88-0364-T |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | OREO MINES, INC., ET AL. | DOCKET NO. _____<br>PAGE 18 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1989** | | | |
| OCT 31 | 175 | **ORDER OF PERMANENT INJUNCTION CHRISTIAN BRIGGS**...permanent enjoined and restrained from...making use of any means... of they mails to sell any security...employing any device, scheme...to defraud...(See Order for Specifics) (7) cpy to cnsl 11-1/dktd 11-1 | RBM/cab |
| NOV 3 | 176 | PLAINTIFF'S MOTION TO WITHDRAW WRIT OF ATTACHMENT (4) | cab |
| NOV 8 | 177 | **ORDER TO WITHDRAW WRIT OF ATTACHMENT**...Plntf's Motion to Withdraw Writ of Attachment is GRANTED. (See Order for Specifics) (1) cpy to cnsl/Marshal/Bob Guinta & dktd 11-8 | RBM/cab |
| DEC 8 | 178 | ACKNOWLEDGEMENT OF SERVICE OF THE ORDER OF PERMANENT INJUNCTION...signed by Christian Briggs. (2) | cab |
| | 179 | STIPULATION OF DISMISSAL (1) | cab |
| DEC 29 | 180 | **ORDER OF DISMISSAL OF DEFENDANT AU MARKETING, INC**... dismissed with prejudice, parties to bear their own costs. (1) cpy to cnsl 1-2/dktd 1-5 | RBM/cab |
| **1990** | | | |
| Jan 11 | 181 | **ORDER DENYING MOTION FOR RECONVEYANCE OF LAND**...Warren B. Richardson's mtn for reconveyance of land is denied; Clk shall send a cy of this order to movant at following address (see dkt sheet) (2)<br>Dktd & cc to cnsl 1/12/90 - dktd 1/17/90 | RBM/klm |
| MAR 15 | 182 | **ORDER DIRECTNG PAYMENT**...Clerk of the District Court is hereby directed to make paymen from the registry of the Court in the amount of $50.00 payable to Clyde Delay Insurance Agency for the Fidelity Bond Renewal for Policy No. 40810492. (1) cpy to cnsl & finan & dktd 3-15 | RBM/cab |
| May 31 | 183 | **ORDER APPROVING AND ORDERING PAYMENT OF FEES**....clerk shall issue Richard Hull $8,280.93...Kathryn Quain $4,983.73...Richard Billings $50.00 Jones Jones...$573.04...Hughes Luce $12,659.93...cc to cnsl & financial 5/31/90. dktd 6/1/90. | RBM:ad |
| JUL 2 | 184 | MOTION TO INTERVENE AND BRIEF IN SUPPORT THEREOF (10) | yb |
| JUL 22 | 185 | PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO INTERVENE (4) | all |
| AUG 8 | 186 | **ORDER DENYING MOTION TO INTERVENE**...Mooney's motion is denied without prejudice.<br>cc to cnsl and dktd 8-8-91 | RBM/amy |
| SEP 20 | 187 | RENEWED MOTION TO INTERVENE & BRIEF IN SUPPORT THEREOF (Walter R. Mooney) (26) | all |

ENTERED IN CIVIL        ENTERED IN CIVIL